```
                                                    FILED: AUGUST 20, 2008
                                                    08CV4728
```

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

```
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER
PH
```

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:   1:08-cv-

*Souma Diagnostics, Inc. v. Principal Financial Group*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PRINCIPAL LIFE INSURANCE COMPANY, incorrectly sued as PRINCIPAL FINANCIAL GROUP**

| | |
|---|---|
| NAME (Type or print) | Edna S. Bailey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/Edna S. Bailey |
| FIRM | Wilson Elser Moskowitz Edelman & Dicker LLP |
| STREET ADDRESS | 120 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6277775 |
| TELEPHONE NUMBER | (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

513139.1