IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOUMA DIAGNOSTICS, LTD.,<br><br>                Plaintiff,<br><br>         v.<br><br><br>PRINCIPAL FINANCIAL GROUP,<br><br>                Defendant. | Case No. 1:08-cv-04728<br><br>*Judge Ronald A. Guzman*<br>*Magistrate Judge Sidney I. Schenkier* |

## NOTICE OF MOTION

To:   *Attorney for Plaintiff*
      John L. Malevitis
      Spartacus Law, P.C.
      218 North Jefferson Street,
      Suite 400
      Chicago, Illinois  60661

**PLEASE TAKE NOTICE** that on the 28th day of August 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***Defendant's Motion for an Enlargement of Time in which to File its Responsive Pleading to Plaintiff's Complaint***, a copy of which is attached and herewith served upon you.

                                        Respectfully Submitted,

                                        **PRINCIPAL LIFE INSURANCE COMOANY,
                                        incorrectly sued as PRINCIPAL FINANCIAL
                                        GROUP, Defendant**


                                        By:   */s/ Edna S. Bailey*
                                                One of its attorneys

Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522
edna.bailey@wilsonelser.com

513548.1

2

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 25, 2008, a copy of the foregoing was served by operation of the Court's electronic filing system and by regular mail, upon the following:

***Attorney for Plaintiff***
John L. Malevitis
Spartacus Law, P.C.
218 North Jefferson Street,
Suite 400
Chicago, Illinois  60661
 (312) 258-1100

      Parties may access this filing through the Court's system.

                                                  */s/ Edna S. Bailey*
                                                  Edna S. Bailey

513548.1